UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LAURA ROBERTS,

                        Plaintiff,

    -against-

THE COUNTY OF PUTNAM and ROBERT V.
TENDY, PUTNAM COUNTY DISTRICT
ATTORNEY, being sued individually and in his official
capacity as an employee of The County of Putnam,

                        Defendants.
-----------------------------------------------------------X

**SO ORDERED STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

20-cv-10313 (NSR)

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a), by and between the undersigned, that this action is hereby dismissed with prejudice against Defendants, and without costs or fees, including attorney's fees or other fees, to any party.

MARKUS & SHERIDAN, LLP

By: _____
Marc O. Sheridan
*Attorneys for Plaintiff*
116 Radio Circle, Suite 304
Mount Kisco, New York 10549
(914) 241-6300

Dated: August 3, 2021
       White Plains, New York

PORTALE RANDAZZO LLP

By: _____
James A. Randazzo
*Attorneys for Defendants*
245 Main Street, Suite 340
White Plains, NY 10601
(914) 395-2400

**SO ORDERED:**

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2021